
Form 1 (6/90)                                                                      Chapter 13W/Plan

## FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|
| NORTHERN    District of    ILLINOIS | |

| | |
|---|---|
| IN RE (Name of debtor-If individual, enter Last, First, Middle)<br><br>Reyes  Gloria | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden and trade names)<br><br>none | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden and trade names.) |
| SOC. SEC./TAX I.D. NO. (If more than one, state  all)<br><br>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 | SOC. SEC./TAX I.D. NO.(If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br><br>569 Fawn Court<br>Carol Stream, Illinois<br>60188 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>DuPage | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above) | ☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| ☒ Individual          ☐ Corporation Publicly Held<br>☐ Joint (H&W)        ☐ Corporation Not Publicly Held<br>☐ Partnership       ☐ Municipality<br>☐ Other _____ | ☐ Chapter 7      ☐ Chapter 11    ☒ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12    ☐ § 304-Case Ancillary to Foreign Proceeding |
| NATURE OF DEBT<br>☒ Non-Business Consumer    ☐ Business - Complete A&B below | FILING FEE (Check one box)<br>☒ Filing fee attached. |
| A. TYPE OF BUSINESS (check one box)<br>☐ Farming          ☐ Transportation      ☐ Commodity Broker<br>☐ Professional     ☐ Manufacturing/ Mining     ☐ Construction<br>☐ Retail/Wholesale     ☐ Real Estate<br>☐ Railroad          ☐ Stockbroker          ☐ Other Business | ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Offical Form No..3 |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>WILLIAM J. WONAIS ARDC# 3066045<br>1025 Ogden Ave.<br>Lisle, Illinois 60532<br>Telephone No.  (630) 852-4125 |
| | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br>William J. Wonais<br>☐ Debtor is not represented by an attorney |

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)<br>(Estimates  only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | U.S. Bankruptcy Court<br>Northern District Of Illinois |

| ESTIMATED NUMBER OF CREDITORS | | | | | | Filed: 03/26/2004<br>Time: 11:08:20 |
|---|---|---|---|---|---|---|
| ☒ 1-15 | ☐ 16-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-over | |

ESTIMATED ASSETS (in thousands of dollars)
☐ Under 50  ☐ 50-99  ☒ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000

ESTIMATED LIABILITIES (in thousands of dollars)
☐ Under 50  ☐ 50-99  ☒ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000

ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONLY
☐ 0  ☐ 1-19  ☐ 20-99  ☐ 100-999  ☐ 1000-o

ESTIMATED NO . OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
☐ 0  ☐ 1-19  ☐ 20-99  ☐ 100-499  ☐ 500-ov

Debtor: GLORIA REYES
Case: 04-12001      Fee : 194
Chapter: 13 Rec. # : 3071165
Judge: John Squires
341 mtg: 04/21/2004 @ 01:30PM
ConfHrg: 05/14/2004 @ 11:30AM
Trustee: GLENN STEARNS

1:04BK12001-BK001


| Name of Debtor    GLORIA REYES | | Case No. | |
|---|---|---|---|
| | | | (Court use only) |

## FILING OF PLAN

For Chapter 9, 11,12 and 13 cases only. Check appropriate box.
☑ A copy of debtor's proposed plan dated ___3/24/04___ is attached.
☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _____    Date 3/24/04
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is  true and correct. | I declare under penalty of perjury that the information provided in this petition is  true and correct, and that the filing of this petition  on behalf of the debtor has been authorized. |
| X _Gloria Reyes_<br>Signature of Debtor<br>Date  7/24/04 | X _____<br>Signature of Authorized Individual<br><br>Print or Type Name of Authorized Individual |
| X _____<br>Signature of Joint Debtor<br>Date | Title of Individual Authorized by Debtor to File this Petition<br>Date |

### EXHIBIT 'A' ( To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit 'A' is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit 'B' has been completed.

X _Gloria Reyes_    Date  3/24/04
Signature of Debtor

X _____    Date
Signature of Joint Debtor

### EXHIBIT 'B' (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief availabe under each such chapter.

X _____    Date  7/24/04
Signature of Attorney

In re:                                                                 Debtor(s)        Case No.                    (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 569 Fawn Court Carol Stream, Illinois residence | jointly owned with husband Elidoro Reyes | | $270,000 | $213,906.12 |
| | | Total -> | $270,000.00 | (Report also on Summary of Schedules.) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account  Bank One | | $500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Com Ed ($200.00) | | 0 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | household furnishings | | $1000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✓ | | | |
| 6. Wearing apparel. | | | | $50.00 |
| 7. Furs and jewelry. | ✓ | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✓ | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | life insurance policy on debtor's life for $100,000 | | 0 |



SCHEDULE B
PERSONAL PROPERTY

In re:                                    Debtor(s)    Case No.

                                                                    (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | ✓ | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | pension from work for debtor | | $45,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✓ | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | ✓ | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | ✓ | | | |
| 15. Accounts receivable. | ✓ | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | ✓ | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | income tax refund to be received | | $4400.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ✓ | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✓ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✓ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ✓ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ✓ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Malibu owes $16,000 to Americredit<br>1998 Ford Escort  all paid off | | $16,000<br>$5,000 |
| 24. Boats, motors, and accessories. | ✓ | | | |
| 25. Aircraft and accessories. | ✓ | | | |
| 26. Office equipment, furnishings, and supplies. | | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ✓ | | | |
| 28. Inventory. | ✓ | | | |
| 29. Animals. | ✓ | | | |
| 30. Crops - growing or harvested. Give particulars. | ✓ | | | |
| 31. Farming equipment and implements. | ✓ | | | |
| 32. Farm supplies, chemicals, and feed. | ✓ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | ✓ | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

_____ continuation sheets attached

Total -> $ 71,970.00

Form 86 C (6,90)                    Julius Blumberg, Inc. NYC 10013

n re:                                          Debtor(s)        Case No.                (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| necessary wearing apparel | 735 ILCS 5/12-1001(a) | $50 | $50 |
| cash | 735 ILCS 5/12-1001(b) | $20 | $20 |
| checking account Bank One | "              " | $500 | $500 |
| security deposit COM ED | "              " | 0 | ZERO (0) |
| household furnishings | "              " | $1000 | $1000 |
| Income tax refund | "              " | $480.00 | $4400 |
| pension from work of debtor | 735 ILCS 5/12-1006 | $45,000 | $45,000 |
| automobile     1998 Ford Escort | 735 ILCS 5/12-1001(c) | $1200 | $5,000.00 |
| automobile  2003 Malibu  no equity value | | | |
| residence 569 Fawn Court Carol Stream, Illinois | 735 ILCS 5/12-901 | $7500.00 | $270,000.00 |

In re:                                          Debtor(s)          Case No.                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # 1503856043 Chase Manhattan Mortgage Corporation 3415 Vision Drive Columbus, Ohio 43219 | | | 1st lien on residence 569 Fawn Ct Carol Stream Ill. VALUE $ 270,000.00 | | $213,906.12 | none |
| A/C # 419557921 Americredit PO BOX 78143 Phoenix, AZ 85062-8143 | | | lien on 2003 Malibu VALUE $ 16,000.00 | | $16,000 | none |
| A/C # 1503856043 Chase Manhattan Mortgage Corporation 3415 Vision Drive Columbus, Ohio 43219 | | | 1st lien on residence Arrearages of $13,000 VALUE $ 270,000.00 | | $13,000 | none |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

_____ continuation sheets attached

Subtotal -> $229,906.12
(Total of this page)

Total -> $229,906.12
(use only on last page)

(Report total also on Summary of Schedules)

In re: _____  Debtor(s)  Case No. _____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ 0 | |
| | | | Total -> (use only on last page of the completed Schedule E.) | | $ 0 | |

_____ Continuation sheets attached.

(Report total also on Summary of Schedules)

Form 86 ... Julius Blumberg Inc NYC

In re: _____

|  |  | Debtor(s) | Case No. | (if known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 112485239<br>Sam's Club c/o Wolpoff & Abramson, LLP   TWO Irvington Centre   702 King Farm Blvd. Rockville, MD 20850-5775 | | | | | $419.88 |
| A/C # 018-0182-487<br>Kohl's<br>PO BOX 2983<br>Milwaukee, WI 53201-2983 | | | | | $621.46 |
| A/C # 376-256-092-2<br>JC Penney<br>PO BOX 981131<br>El Paso, TX 79998 | | | | | $999.02 |
| A/C # 01 70653 90323 8<br>Sears Card<br>PO BOX 182149<br>Columbus, Ohio 43218-2149 | | | | | $903.73 |
| A/C # 005214339-02<br>AFNI<br>404 Brock Drive<br>Bloomington, Il 61702-3427 | | | | | $523.99 |
| A/C # 8504246928<br>MCM<br>PO BOX 939019<br>San Diego, CA 92193-9019 | | | | | $1850.34 |
| A/C # 3715406<br>Bonded Collection Corporation 29 East Madison St.    STE. 1650<br>Chicago, Il 60602-4427 | | | | | $735.86 |
| A/C # 387-577-778<br>WFNNB<br>PO BOX 659728<br>San Antonio, Texas 78265-9728 | | | | | $531.70 |
| A/C #426839763180959<br>Financial Asset Management Systems Inc.  PO BOX 926050 Norcross, GA 30010-6050 | | | | | $6734.22 |

_____ Continuation Sheets attached.

Subtotal -> $ 13,320.20
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

In re:                                          Debtor(s)         Case No.                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 01 AR 002843 <br> Beneficial Illinois c/o Freedman Anselmo Lindberg & Rappe  PO BOX 3107 Naperville, Illinois 60566 | | | DuPage County Collection case with agreed order to pay $200 per month til paid in full | | $4451.65 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

Continuation Sheets attached.

Subtotal -> $ 4451.65
(Total of this page)

Total -> $ 17,771.85
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

In re:                                    Debtor(s)      Case No.              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |


In re: _____          Debtor(s)          Case No. _____ (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Elidoro Reyes<br>1418 W. Huron St.  #2<br>Chicago, Illinois 60622 | Chase Manhattan Mortgage Corporation<br>3415 Vision Drive Columbus, Ohio<br>43219 |

In re: _____          Debtor(s)          Case No. _____  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled 'Spouse' must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Separated | NAMES<br>none | AGE | RELATIONSHIP |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Cook County | | |
| Occupation | Adminastrative assistant | Gloria Reyes |
| Name of Employer | John H. Stroger Hospital | |
| How long employed | 17 years | |
| Address of Employer | 1901 W. Harrison St.<br>Chicago, Ill. 60612 | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 5649.45 | $ |
| Estimate monthly overtime | | |
| SUBTOTAL | $ 5649.45 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 1003.64 | |
| b. Insurance | 60.06 | |
| c. Union dues | 0 | |
| d. Other (Specify) | | |
| parking | 37.92 | |
| bonds | 216.67 | |
| pension | 649.67 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1967.96 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3681.49 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $ 3681.49 | $ |

TOTAL COMBINED MONTHLY INCOME          $ 3681.49          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6 J (6/90)

In re:

                                                                    Debtor(s)    Case No.                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment  (include lot rented for mobile home) .................................................. $ 1700.00

Are real estate taxes included?  ☒ Yes   ☐ No      Is property insurance included?  ☒ Yes   ☐ No

Utilities  Electricity and heating fuel
     Water and sewer ......................................................................................... 225.00
     Telephone .................................................................................................. 40.00
     Other     cable .......................................................................................... 50.00
            garbage disposal .......................................................... 50.00
                                    14.50

Home maintenance (repairs and upkeep)
Food ................................................................................................................... 150.00
Clothing ............................................................................................................. 150.00
Laundry and dry cleaning ................................................................................. 50.00
Medical and dental expenses ........................................................................... 30.00
Transportation (not including car payments) .................................................. 20.00
Recreation, clubs and entertainment, newspapers, magazines, etc. ........... 50.00
Charitable contributions ................................................................................... 0
Insurance (not deducted from wages or included in home mortgage payments)
     Homeowner's or renter's
     Life
     Health
     Auto
     Other ................................................................................................................ 115.00

Taxes (not deducted from wages or included in home mortgage payments)
(Specify)

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
     Auto
     Other ................................................................................................................ 385.00

Alimony, maintenance, and support paid to others
Payments for support of additional dependents not living at your home
Regular expenses from operation of business, profession, or farm (attach detailed statement)
Other

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) .................... $ 3029.50

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income ................................................................... $ 3681.49
B. Total projected monthly expenses ............................................................... 3029.50
C. Excess income (A minus B) .......................................................................... $ 651.99

D. Total amount to be paid into plan each _____month_____ ............... $ 650.00
                                       (interval)

Julius Blumberg, Inc. NYC 10013

Form B6 (6-90)

**UNITED STATES BANKRUPTCY COURT**   NORTHERN   **DISTRICT OF**   ILLINOIS

In re:                                                   Debtor(s)          Case No.                          (If Known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

**GENERAL INSTRUCTIONS:** Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | | | $270,000 | | |
| B - Personal Property | | | $71,970.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $229,906.12 | |
| E - Creditors Holding Unsecured Priority Claims | | | | O | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $17,771.85 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $3681.49 |
| J - Current Expenditures of Individual Debtor(s) | | | | | $3029.50 |
| Total Number of Sheets of All Schedules | | | | | |
| Total Assets | | | $341,970.00 | | |
| Total Liabilities | | | | $247,677.97 | |

In re: _____
                                    Debtor(s)        Case No. _____
                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 12 _____ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.     (Total shown on summary page plus 1.)

Date        3/24/04                     Signature: _Gloria Reyes_____
                                                                    Debtor

Date                                    Signature: _____
                                                        (Joint Debtor, if any)
                                        (If joint case, both spouses must sign.)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an
authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case.
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets, and
that they are true and correct to the best of my knowledge, information, and belief.     (Total shown on summary page plus 1.)

Date                                    Signature: _____

                                        (Pint or type name of individual signing on behalf of debtor.)

                        (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571._

Form 7, Stmt. of Financial Affairs

Blumberg Law Products

©Julius Blumberg, Inc
NYC 10013

UNITED STATES BANKRUPTCY COURT  **Northern**  DISTRICT OF  **Illinois**

In re

Debtor(s)  *Case No.*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None  **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (if more than one)

2004   $5000       2003 $56,000      2002 $60,000

☑ None  **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE

**3. Payments to Creditors**

☐ None  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING

car payment to AmeriCredit

☑ None  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING

**4. Suits, Executions, Garnishments and Attachments**

☐ None  a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION

Chase Manhattan Mortgage vs. Gloria Reyes etal
   2004 CH 202  DuPage County Lawsuit

Beneficial Illinois vs. Gloria Reyes 01 AR 2843 DuPage
   County

☑ None  b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year**

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☑ None    **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSES-SION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY

**6. Assignments and Receiverships**

☐ None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☑ None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY

☑ None    **7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☑ None    **8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUM-STANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None    **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

☑ None    **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED

$1800 paid to William Wonais 1025 Ogden Lisle, Il. for chp. 13 representation

☑ None    **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING

☑ None    **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☑ None    **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF

☐ None    **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☑ None    **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

---

**Unsworn Declaration under Penalty of Perjury.**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ 3/24/04 _____    Signature of Debtor X _Gloria Reyes_ _____

Date _____    Signature of Joint Debtor (if any) _____

_____ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 and 3571.**

16. Nature, location, and name of business.

    a.  For individuals, list the names and addresses of all businesses in which either debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which either debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

        NONE

    b.  If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

        N/A

    c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

        N/A

17. Books, records, and financial statements.

    a.  List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtors.

        N/A

    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtors.

        N/A

    c.  List all firms or individuals who at the time of the

commencement of this case were in possession of the books of
account and records of the debtors.

N/A

d.  List all financial institutions, creditors, and other parties,
including mercantile and trade agencies, to whom a financial
statement was issued within the two years immediately preceding
the commencement of this case by the debtors.

N/A

18. Inventories.

a.  List the dates of the last two inventories taken of your
property, the name of the person who supervised the taking of
each inventory, and the dollar amount and basis of each
inventory.

N/A

b.  List the name and address of the person having possession
of the records of each of the two inventories reported in
a., above.

N/A

19. Current Partners, Officers, Directors, and Shareholders.

a.  If the debtor is a partnership, list the nature and percentage
of partnership interest of each member of the partnership.

N/A

b.  If the debtor is a corporation, list all officers and directors
of the corporation, and each stockholder who directly or
indirectly owns, controls, or holds 5 percent or more of the
voting securities of the corporation.

N/A

20. Former partners, officers, directors, and shareholders.

a.  If the debtor is a partnership, list each member who withdrew
from the partnership within one year immediately preceding
the commencement of this case.

N/A

b.  If the debtor is a corporation, list all officers or directors
whose relationship with the corporation terminated within one
year immediately preceding the commencement of this case.

N/A

21. Withdrawals from a partnership or distributions by a corporation.

If the debtor is a partnership or corporation, list all withdrawals
or distributions credited or given to an insider, including
compensation in any form, bonuses, loans, stock redemptions,
options exercised and any other perquisite during one year
immediately preceding the commencement of this case.

N/A

(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, Gloria Reyes  and I, _____ named as the debtors in this
case, declare under penalty of perjury that I have read the foregoing
Statement of Financial Affairs, consisting of 6 sheets, and that it
is true and correct to the best of my information and belief.

Signature: _Gloria Reyes_                    Date: 3/24/04

Signature: _____                    Date: _____

UNITED STATES BANKRUPTCY COURT       NORTHERN       DISTRICT OF    ILLINOIS

In re       GLORIA REYES                     Debtor(s)        Case No.                    (If Known)

# STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.
(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                                              $    1800.00
   (b) prior to filing this statement, debtor(s) have paid                                          $    1800.00
   (c) the unpaid balance due and payable is                                                        $    0
(3) $  194.00      of the filing fee in this case has been paid.
(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
       petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

                                            none else

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

                                            none else

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

                                            none else

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:
                                            none else

Dated:      7/24/04          Respectfully submitted,  William J. Wonais                        Attorney for Petitioner
Attorney's name and address.        William J. Wonais 1025 Ogden Lisle, Illinois 60532   630-852-4125 ARDC# 3066045

**UNITED STATES BANKRUPTCY COURT**    NORTHERN    **DISTRICT OF**    ILLINOIS

In re:   Gloria Reyes                                        Debtor(s)        Case No.
                                                                              Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   a. *Property to Be Surrendered.*

| Description of property | Creditor's name | H,W or J |
|---|---|---|
| none | | |

   b. *Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| 2003 Malibu | AmeriCredit | re-affirmation    YES |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:   7/24/04

Signature of Debtor   X Gloria Reyes

\* Reaff'd - Debt will be reaffirmed pursuant to § 524(c)

Red'd - Property is claimed as exempt and will be redeemed pursuant to § 722

Exempt - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

Signature of Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:          GLORIA  REYES

                                        Bankruptcy Case Number: _____

### VERIFICATION OF CREDITOR MATRIX

                                        Number of Creditors:     12

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: 7/24/04

_____
                Debtor

_____
                Joint Debtor

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1.      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.      Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.      The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.      Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.      Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1.      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are eligible for chapter 13 only if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.      Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.      Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.      After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| Date | Signature of Debtor | Case Number |

**DISTRIBUTION:**                    **DEBTOR**                    **COURT**

*U.S. GPO: 2001-746-454/80267