```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 12001
   GLORIA REYES
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

           Debtor
    SSN XXX-XX-9339


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/26/04 and confirmed on 06/04/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  29255.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 15468.90 | .00 | 15468.90 |
| AMERICREDIT FINANCIAL | SECURED | .00 | .00 | .00 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 621.46 | 36.35 | 621.46 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 999.02 | 58.41 | 999.02 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 936.11 | 54.56 | 936.11 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1888.01 | 110.18 | 1888.01 |
| BONDED COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6734.22 | 392.83 | 6734.22 |
| HSBC BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | COST OF COLLE | 750.00 | .00 | 750.00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15468.90 | 750.00 | 11178.82 | .00 | 27397.72 |
| PRINCIPAL PAID | 15468.90 | 750.00 | 11178.82 | .00 | 27397.72 |
| INTEREST PAID | .00 | .00 | 652.33 | .00 | 652.33 |
| TOTAL PAID | 15468.90 | 750.00 | 11831.15 | .00 | 28050.05 |

```
The Debtor's attorney, WILLIAM J WONAIS              , was allowed $       .00
and was paid $       .00 .

The Trustee received $   1203.21 .

Refunds to the Debtor totaled $       1.74 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 05/21/08                           /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE